Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
Alena Shamos (SBN 216548)
E-mail: ashamos@bwslaw.com
Iudis D. Sominskaia (SBN 340198)
E-mail: isominskaia@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1 California Street, Suite 3050
San Francisco, California 94111-5432
Tel: 415.655.8100     Fax: 415.655.8099

Attorneys for Defendants
CITY OF PETALUMA and
CITY OF MORGAN HILL

Donald A. Larkin, City Attorney (SBN 199759)
E-mail: dlarkin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113
Tel: 408.606.00       Fax: 406.606.6333

Attorneys for Defendant
CITY OF MORGAN HILL

Eric Danly, City Attorney (SBN 201621)
Email: EDanly@cityofpetaluma.org
Dylan Brady, Assistant City Attorney (SBN 298741)
Email: DBrady@cityofpetaluma.org
OFFICE OF THE CITY ATTORNEY
11 English Street
Petaluma, CA 94952
Tel: 707.778.4362

Attorneys for Defendant
CITY OF PETALUMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL, CITY OF PETALUMA,<br><br>Defendants. | Case No. 26-cv-00056-BLF<br><br>**JOINT STIPULATION SETTING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LR 6-1** |

4913-5426-1899 v4

1

Case No. 26-cv-00056-BLF
STIP. SETTING DEFENDANTS' DEADLINE TO ANSWER, ETC.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff The United States of America ("Plaintiff") and Defendants City of Petaluma and City of Morgan Hill ("Defendants," and collectively with Plaintiff, "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff served the Complaint and Summons on each Defendant via overnight mail January 9, 2026;

WHEREAS, the Parties have met and conferred regarding the Complaint and each Defendant's intention to assess whether amendment, rescission, or repeal of their respective ordinances may be warranted;

WHEREAS, the Parties have agreed to stipulate to Defendants' respective responsive pleadings being due by February 23, 2026; and

WHEREAS, this stipulation "will not alter the date of any event or any deadline already fixed by Court order," as stated in Local Rule 6-1(a).

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' counsel, as follows:

1. The deadline for Defendants to file their respective responsive pleadings shall be February 23, 2026;

2. Defendants reserve their rights to request an extension beyond February 23, 2026.

///
///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Francisco

4913-5426-1899 v4

2

Case No. 26-cv-00056-BLF
STIP. SETTING DEFENDANTS' DEADLINE TO ANSWER, ETC.

1  **IT IS SO STIPULATED.**

2  Dated: January 28, 2026                                      U.S. DEPARTMENT OF JUSTICE

3

4
                                              By:     */s/ Charles E.T. Roberts*

5
                                                    CHARLES E.T. ROBERTS
Counsel
(PA Bar No. 326539)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
Tel.: (202) 305-1141
Fax: (202) 616-8470
E-mail: Charles.Roberts2@usdoj.gov

*Counsel for Plaintiff*

13  Dated: January 28, 2026                                      BURKE, WILLIAMS & SORENSEN, LLP

                                              By:     */s/ Kevin D. Siegel*
Kevin D. Siegel
Alena Shamos
Iudis D. Sominskaia
Attorneys for Defendants
CITY OF PETALUMA and
CITY OF MORGAN HILL

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5(1)(i)(3), I hereby certify that the content of this document is acceptable to Charles E.T. Roberts, counsel for Plaintiff, and that I have obtained counsel's authorization to affix the above electronic signature(s) to this document.

/ / /

/ / /

/ / /

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Francisco

4913-5426-1899 v4

3

Case No. 26-cv-00056-BLF
STIP. SETTING DEFENDANTS' DEADLINE TO ANSWER, ETC.

1  Dated: January 28, 2026                    BURKE, WILLIAMS & SORENSEN, LLP

2

3
                                              By:      */s/ Kevin D. Siegel*
4                                                    Kevin D. Siegel
                                                     Donald A. Larkin
5                                                    Alena Shamos
                                                     Iudis D. Sominskaia
6                                                    Attorneys for Defendants
                                                     CITY OF PETALUMA and
7                                                    CITY OF MORGAN HILL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4913-5426-1899 v4

4

Case No. 26-cv-00056-BLF
STIP. SETTING DEFENDANTS' DEADLINE TO ANSWER, ETC.