Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
Alena Shamos (SBN 216548)
E-mail: ashamos@bwslaw.com
Iudis D. Sominskaia (SBN 340198)
E-mail: isominskaia@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1 California Street, Suite 3050
San Francisco, California 94111-5432
Tel: 415.655.8100     Fax: 415.655.8099

Attorneys for Defendants
CITY OF PETALUMA and
CITY OF MORGAN HILL

Donald A. Larkin, City Attorney (SBN 199759)
E-mail: dlarkin@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113
Tel: 408.606.00         Fax: 406.606.6333

Attorneys for Defendant
CITY OF MORGAN HILL

Eric Danly, City Attorney (SBN 201621)
Email: EDanly@cityofpetaluma.org
Dylan Brady, Assistant City Attorney (SBN 298741)
Email: DBrady@cityofpetaluma.org
OFFICE OF THE CITY ATTORNEY
11 English Street
Petaluma, CA 94952
Tel: 707.778.4362

Attorneys for Defendant
CITY OF PETALUMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MORGAN HILL, CITY OF PETALUMA,<br><br>        Defendants. | Case No. 26-cv-00056-BLF<br><br>**SECOND STIPULATION SETTING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LR 6-1** |

4931-3543-0288 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No. 26-cv-00056-BLF
SECOND STIP. SETTING DEFENDANTS'
DEADLINE TO ANSWER, ETC.

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff The United States of America ("Plaintiff") and Defendants City of Petaluma and City of Morgan Hill ("Defendants," and collectively with Plaintiff, "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff served the Complaint and Summons on each Defendant via overnight mail on January 9, 2026;

WHEREAS, the Parties previously stipulated to continue Defendants' respective responsive pleading deadlines to February 23, 2026, to allow each Defendant to assess whether amendment, rescission, or repeal of their respective ordinances may be warranted, and to discuss with Plaintiff;

WHEREAS, Defendants require additional time to additional time to complete that process;

WHEREAS, the Parties have agreed to further continue Defendants' respective responsive pleading deadlines to March 23, 2026; and

WHEREAS, this stipulation "will not alter the date of any event or any deadline already fixed by Court order," as stated in Local Rule 6-1(a).

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' counsel, as follows:

1. The deadline for Defendants to file their respective responsive pleadings shall be March 23, 2026;

2. Defendants reserve their rights to request an extension beyond March 23, 2026.

**IT IS SO STIPULATED.**

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Francisco

4931-3543-0288 v1

2

Case No. 26-cv-00056-BLF
SECOND STIP. SETTING DEFENDANTS' DEADLINE TO ANSWER, ETC.

| | |
|---|---|
| Dated: February 19, 2026 | U.S. DEPARTMENT OF JUSTICE |

By:     */s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
Counsel
(PA Bar No. 326539)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
Tel.: (202) 305-1141
Fax: (202) 616-8470
E-mail: Charles.Roberts2@usdoj.gov

*Counsel for Plaintiff*

| | |
|---|---|
| Dated: February 19, 2026 | BURKE, WILLIAMS & SORENSEN, LLP |

By:     */s/ Kevin D. Siegel*
Kevin D. Siegel
Alena Shamos
Iudis D. Sominskaia
Attorneys for Defendants
CITY OF PETALUMA and
CITY OF MORGAN HILL

### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5(1)(i)(3), I hereby certify that the content of this document is acceptable to Charles E.T. Roberts, counsel for Plaintiff, and that I have obtained counsel's authorization to affix the above electronic signature(s) to this document.

/ / /

/ / /

/ / /

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Francisco

4931-3543-0288 v1

3

Case No. 26-cv-00056-BLF
SECOND STIP. SETTING DEFENDANTS'
DEADLINE TO ANSWER, ETC.

1 | Dated: February 19, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By:     */s/ Kevin D. Siegel*
       Kevin D. Siegel
       Alena Shamos
       Iudis D. Sominskaia
       Attorneys for Defendants
       CITY OF PETALUMA and
       CITY OF MORGAN HILL

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4931-3543-0288 v1

4

Case No. 26-cv-00056-BLF
SECOND STIP. SETTING DEFENDANTS' DEADLINE TO ANSWER, ETC.