APPROVED

*Judge Beth Labson Freeman*

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
General

CHARLES E.T. ROBERTS
  (PA Bar No. 326539)
Counsel to the Assistant Attorney
General
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 305-1141
Charles.Roberts2@usdoj.gov

*Counsel for the United States*

STANLEY E. W.
Associate Attorney

ADAM R. F. GUS
Principal Deputy Attorney General

JOHN K. ADAMS
Senior Counsel

DAVIS FORSYTHE
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division

CRAIG H. MISSAKIAN
United States Attorney

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 5:26-cv-00056-BLF |
| Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL, CITY OF PETALUMA,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** |

Notice of Voluntary Dismissal

Plaintiffs, the United States of America, brought this suit to challenge bans on natural gas infrastructure in newly constructed buildings enacted by Defendants the City of Morgan Hill and the City of Petaluma. *See* Compl. ¶ 3, Dkt. 1. The Complaint alleged that such bans are preempted by Congress, as recognized by controlling Ninth Circuit precedent. *Id.* ¶ 4.

Following the filing of this litigation, both Defendants rescinded their bans, while recognizing their unlawfulness.

On February 18, 2026, the City of Morgan Hill adopted "An Ordinance of the City of Morgan Hill Repealing Chapter 15.63 (Prohibition of Natural Gas Infrastructure in New Buildings) of the Morgan Hill Municipal Code. *See* City of Morgan Hill, Ordinance 2374 (finding that the City's gas ban "is now preempted by federal law and is no longer legally enforceable"), https://publicrecords.morganhill.ca.gov/WebLink/DocView.aspx?id=572322&dbid=0&repo= CityofMorganHill.

On March 16, 2026, the City of Petaluma adopted "An Urgency Ordinance of the City Council of the City of Petaluma Amending Chapter 17.09 of the Petaluma Municipal Code, Entitled 'All-Electric Construction in Newly Constructed Buildings,' to Convert Chapter 17.09 to a Policy Promoting But Not Requiring Electrification in New Construction and Substantial Remodels … Eliminating All Mandatory Electrification Requirements in Chapter 17.09." *See* City of Petaluma, Ordinance 2925 (finding that federal law "preempts local regulations banning the installation of gas appliances or infrastructure in newly constructed buildings"), *available at* https://petalumadocs.cityofpetaluma.net/WebLink/browse.aspx?id=429255&dbid=0&repo= Petaluma.

In light of these actions and the Defendants' bases for taking them, Plaintiff voluntarily dismisses this case without prejudice pursuant to Rule 41(a)(1)(A)(i). Each side will bear its own fees and costs.

DATED: March 23, 2026

Respectfully submitted,

*/s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division

*Counsel for the United States*

Notice of Voluntary Dismissal                    - 2 -